IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MADANIIYAH RASHID, | § | |
| Individually and as next friend of | § | |
| AMINA RASHID, a minor, and | § | |
| DONALD PHILLIPS | § | |
| | § | |
|    Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL NO. 1-23-cv-292 |
| | § | |
| | § | JURY |
| FEDEX GROUND PACKAGE | § | |
| SYSTEMS, INC., COLDHARBOUR | § | |
| LOGISTICS, LLC, WEST | § | |
| REGIONAL COURIERS, INC., | § | |
| AND KHALIL AHMAD JABARI | § | |
| | § | |
|    Defendants. | § | |

_____

**DEFENDANTS WEST REGIONAL COURIERS, INC. AND
KHALIL AHMAD JABARI'S NOTICE OF REMOVAL**

_____

Pursuant to 28 U.S.C. § 1441, Defendants West Regional Couriers, Inc. and Khalil Ahmad Jabari (collectively "Defendants"), hereby files this Notice of Removal in order to effectuate removal to this Court, the state court action described in Paragraph 1 below. Pursuant to 28 U.S.C. § 1446(a), Defendants set forth the following "short and plain statement of the grounds for removal."

## A.    THE REMOVED CASE

1.    The removed case is a civil action filed with the Williamson County District Clerk on January 9, 2023 styled *Madaniiyah Rashid, Individually and as next friend of Amina Rashid, a minor, and Donald Phillips vs. FedEx Ground Package Systems, Inc.,*

_____

*Coldharbour Logistics, LLC, West Regional Couriers, Inc., and Khalil Ahmad Jabari*; Cause No. 23-0045-C26. The case arises from a motor vehicle accident that happened in Plfugerville, Texas on or about November 8, 2022 in which Plaintiffs assert that Defendants are responsible for injuries and damages.

2.     Both Plaintiffs' Original Petition filed on January 9, 2023 and First Amended Petition filed on January 31, 2023 assert that Plaintiffs seek monetary relief over $1,000,000.[1]

## B.     DOCUMENTS FROM THE REMOVED ACTION

3.     Pursuant to Federal Rule of Civil Procedure 81 and 28 U.S.C. 1446(a), Defendants attach a copy of all process, pleadings, and orders served upon Defendant, as required by 28 U.S.C. § 1446(a) as *Exhibit "B"* to this Notice of Removal. Additionally, Defendants are simultaneously filing a separately signed Disclosure Statement that complies with Federal Rule of Civil Procedure 7.1.

## C.     REMOVAL IS TIMELY

4.     Plaintiffs filed the present civil suit against Defendants in the 26th District Court of Williamson County, Texas ("the State court") on January 9, 2023. Defendant FedEx Ground Package Systems, Inc. filed its Original Answer in the State court on March 6, 2023. Based on information and belief Defendant West Regional Couriers, Inc. is unserved in the State court cause. Defendant Khalil Ahmad Jabari was served on February 17, 2023, therefore removal is timely. Defendant Coldharbour Logistics, LLC was served on January 23, 2033, and although its answer deadline has passed it has not yet filed an appearance in

---

[1] *See, Plaintiffs' First Amended Petition,* a true and correct copy of which is attached as **Exhibit "A"**

_____

the State court cause.

5.     The Court is advised that Defendants FedEx Ground Package Systems, Inc., West Regional Couriers, Inc., and Khalil Ahmad Jabari each affirmatively consent to this notice of removal. Based on belief Defendant Coldharbour Logistics, LLC would consent to removal if it had filed an appearance in the State court cause.

### D.    VENUE IS PROPER

6.     The United States District Court for the Western District of Texas, Austin Division, is the proper venue for removal of the State court action pursuant to 28 U.S.C. § 1441(a) because the state court is located within the jurisdiction of the United States District Court for the Western District of Texas, Austin Division.

### E.    DIVERSITY OF CITIZENSHIP EXISTS

7.     This is a civil action that falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship in accordance with 28 U.S.C. §§ 1441 and 1446.

8.     As stated in the Plaintiffs' Petition, Plaintiffs reside in Williamson, County, Texas.[2] Therefore, Defendants content that Plaintiffs are domiciled in, and are citizens of, the State of Texas.

9.     Defendant FedEx Ground Package Systems, Inc. is a foreign corporation incorporated in the State of Delaware with its principal place of business in the State of Pennsylvania at the time of the filing of this notice of removal and at the time this lawsuit was filed. Therefore, for diversity purposes, Defendant FedEx Ground Package Systems,

_____

[2] *See,* **EXHIBIT A**, *Plaintiff's First Amended Petition.*

_____

Inc. is a citizen of the states of Pennsylvania and Delaware.

10.     Defendant Coldharbour Logistics LLC is a Montana limited liability company with its principle place of business in Kalispell, Montano at the time of the filing of this notice of removal and at the time this lawsuit was filed. Based on information and belief none of its members are citizens of the State of Texas. Therefore, for diversity purposes, Defendant Coldharbour Logistics, LLC is a citizen of the State of Montana.

11.     Defendant West Regional Couriers, Inc. is a foreign corporation incorporated in the State of California with its principal place of business in Berkeley, California at the time of the filing of this notice of removal and at the time this lawsuit was filed. Therefore, for diversity purposes, Defendant West Regional Couriers, Inc. is a citizen of the State of California. West Regional Couriers, Inc. does not maintain any place of business in the State of Texas, has no employees in the State of Texas, does not own any property in the State of Texas, and is not a citizen of the State of Texas.

12.     Defendant Khalil Ahmad Jabari is an individual who is a resident and citizen of the State of California. Khalil Ahmad Jabari does not own any property in the State of Texas, and is not a citizen of the State of Texas.

13.     Because Plaintiffs are citizens of the State of Texas and Defendants are each citizens of different states, complete diversity of citizenship exists pursuant to 28 U.S.C. § 1332.

**F.     THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED**

14.     In their Petition, Plaintiffs state that they seek monetary relief over

$1,000,000.[3] As such, Plaintiffs' Petition clearly establishes their intent to recover damages in excess of this Court's minimum jurisdictional limits of $75,000, exclusive of interest and costs.

15.    Based on the aforementioned facts, the current State court action may be removed to the United States District Court for the Western District of Texas, Austin Division, by Defendants in accordance with the provisions of 28 U.S.C. § 1441(a) because: (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Western District of Texas; (ii) this action is between citizens of different states; and (iii) the amount in controversy will exceed $75,000, exclusive of interest and costs.

## G.    FILING OF REMOVAL PAPERS

16.    Pursuant to 28 U.S.C. § 1446(d), Defendants provided written notice of the filing of its original Notice of Removal to all counsel of record, and Defendants filed a copy of the original notice of removal with the clerk of the state court where this action was originally commenced.

## H.    CONCLUSION

17.    Defendants hereby remove the above-captioned action from the 26th Judicial District Court of Williamson County, Texas, and requests that further proceedings be conducted in the United States District Court for the Western District of Texas, Austin Division, as provided by law.

---

[3] *See, Plaintiffs' First Amended Petition* attached as **Exhibit "A"**

Respectfully submitted,

**MAYER LLP**
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
T: 214.379-6900/ F: 214.379-6939

By:       /s/ *Jason W. Kerr*
          Jason W. Kerr
          Texas Bar No. 24032619
          Email: jkerr@mayerllp.com
          Tamara K. Hyndman
          Texas Bar No. 24115772
          Email: thyndman@mayerllp.com

**ATTORNEYS FOR DEFENDANTS**
**WEST REGIONAL COURIERS, INC. AND**
**KHALIL AHMAD JABARI**

## CERTIFICATE OF SERVICE

This is to certify that on the 17th day of March 2023, a true and correct copy of the foregoing has been forwarded to all counsel of record, as follows:

*__Via Email:__*                                      *__Via Email:__*
Teresa Christian Law                          Hartline Barger LLP
Teresa Christian                              Peter C. Blomquist
6507 Jester Blvd., Bldg 5 / Ste. 510-K        Daniel R. Erwin
Austin, Texas 78750                           John W. Brooks
teresachristianlaw@outlook.com                1980 Post Oak Blvd., Suite 1800
                                              Houston, Texas 77056
**ATTORNEY FOR PLAINTIFFS**                   pblomquist@hartlinebarger.com
                                              derwin@hartlinebarger.com
                                              jbrooks@hartlinebarger.com

                                              **ATTORNEYS FOR DEFENDANT**
                                              **FEDEX GROUND PACKAGE**
                                              **SYSTEMS, INC**

                                               /s/  *Jason W. Kerr*
                                              Jason W. Kerr

Filed: 3/7/2023 3:02 PM
Lisa David, District Clerk
Williamson County, Texas
Shannon Allen

CAUSE № 23-0045-C26

| | | |
|---|---|---|
| MADANIIYAH RASHID, Individually and<br>a/n/f of AMINA RASHID, a Minor, and<br>DONALD PHILLIPS<br>    *Plaintiffs* | §<br>§<br>§<br>§<br>§ | In the DISTRICT COURT |
| vs. | §<br>§ | of WILLIAMSON COUNTY, TEXAS |
| FEDEX GROUND PACKAGE<br>SYSTEM, INC.COLDHARBOUR<br>LOGISTICS, LLC, WEST REGIONAL<br>COURIERS, INC., and KHALIL AHMAD<br>JABARI,<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§ | 26th JUDICIALDISTRICT |

## PLAINTIFFS' FIRST AMENDED PETITION

Plaintiffs, Madaniiyah Rashid, Individually and a/n/f of Amina Rashid, a Minor, and Donald Phillips, file this first amended petition, and upon information and belief allege and complain of FedEx Ground Package System, Inc., Coldharbour Logistics, LLC, West Regional Couriers, Inc., and Khalil Ahmad Jabari, Defendants.

### Discovery Control Plan

1. Discovery is intended to be conducted "by order" under Rule 190.2, Texas Rules of Civil Procedure (Level 3).

### Parties & Service of Process

2. **Plaintiffs** reside in Williamson County, Texas. The last three digits of M. Rashid's social security number are 426. The last three digits of Phillips' social security number are 078.

3. **FedEx Corporation (FedEx)** has been nonsuited.

4. **FedEx Ground Package System, Inc. (FedEx Ground)** is a corporation doing business in Texas, which is being served through its attorney, John Brooks, Hartline Barger, LLP, 1980 Post Oak Blvd., Suite 1800, Houston, TX 77056.

EXHIBIT A

Envelope# 72325258

Copy from re:SearchTX

5. **Coldharbour Logistics, LLC (Coldharbour)** is a corporation doing business in Texas, which has been served through its registered agent for service of process, All Day $49 Montana Registered Agent, LLC, 1001 S. Main St., Ste. 49, Kalispell, MT 59901.

6. **West Regional Couriers, Inc. (West Regional)** is a corporation doing business in Texas, which may be served through its registered agent for service of process, Cassandra Heitm, 33 Lippard Ave., San Francisco, CA 94131.

7. **Khalil Ahmad Jabari**, an individual and citizen of the State of Texas, may be served with process in person at their last known address, 15835 Foothill Farms #2214, Pflugerville, TX 78660.

## Misnomer, Alter-Ego

8. In the event any parties are misnamed or not included herein, such event was a "misnomer," or such parties are or were "alter-egos" of parties named herein. Pursuant to Rule 28 of the Texas Rules of Civil Procedure, Plaintiff hereby gives Defendants notice that they are being sued in all of their business or common names regardless of whether such businesses are partnerships, unincorporated associations, individuals, entities and private corporations.

## Jurisdiction

9. All relief sought herein is within the jurisdiction of this Court.

10. Pursuant to Rule 47, Texas Rules of Civil Procedure, Plaintiffs are required to disclose the amounts of damages she seeks. Because Plaintiffs are required to disclose this amount, Plaintiffs state that they seek monetary relief from Defendants over $1,000,000.00. Plaintiffs reserve the right to amend this amount.

Copy from re:SearchTX

11. Venue is mandatory or proper in Williamson County, Texas under the following facts: All or a substantial part of the events or omissions giving rise to this claim occurred in Williamson County, Texas, and Defendant Jabari resides in Williamson County.

## Facts

12. On November 8, 2022 at about 10:00 PM, Plaintiff Rashid was driving with her boyfriend and daughter on the SH 130 frontage road through the intersection of Pflugerville Parkway in Pflugerville, Texas. Plaintiff Phillips was the front seat passenger, and the minor Plaintiff was the right backseat passenger (in her car seat). At the time of the wreck, Plaintiff Rashid was using the lane marked for going straight or turning left onto Pflugerville Parkway. Defendant Jabari was in the lane to the right of Rashid. Jabari's lane was marked to go straight only. Rashid proceeded straight, and Jabari turned left from his lane (intending to get onto the SH 130 frontage road). Jabari's negligence caused a major crash with Rashid's vehicle, causing it to spin and nearly land in a ditch.

13. Jabari was wearing a FedEx uniform at the time of the crash and said at the scene that he was worried he would lose his job. He had another person in his truck, also wearing a FedEx uniform. Plaintiffs understood that Jabari was in the process of delivering for FedEx.

14. The vehicle driven by Jabari was registered to Defendant Coldharbour Logistics, LLC.

15. Jabari provided a falsified commercial certificate of liability insurance for West Regional Couriers, Inc. to his personal insurance company, and that certificate was shared with Plaintiffs' attorney. Julius Python, purporting to be acting on behalf of West Regional Couriers has claimed that Plaintiff was working for West Regional Courtiers at the time of the crash made the basis of this lawsuit and has provided through Jabari's personal insurance company new insurance information for West Regional Couriers.

Copy from re:SearchTX

16. As a result of the collision and the negligence of Defendants, Plaintiffs suffered injuries that required medical treatment, and may be permanent, and damages, which are listed below.

**Scope of Action**

17. For each cause of action and remedy pleaded, all allegations herein are incorporated by reference.

**Agency, Respondeat Superior**

18. Whenever it is alleged that FedEx Ground, Coldharbour, or West Coast did an act or thing, or omitted to do an act or thing, it is meant that they committed such act or omission either directly or by and through agents, servants, employees, managers, administrators, officers, or representatives.

19. Whenever it is alleged herein that an employee, agent, delegate, servant, manager, administrator, officer, or representative of a principal did an act or thing, or omitted to do an act or thing, it is meant that such conduct was performed in the course and scope of the applicable agency, employment, or representation of the principal.

20. At all relevant times, including the time of the occurrence, Jabari was an agent or employee of FedEx Ground, Coldharbour, and/or West Coast and acted within the course and scope of his employment or agency.  At all relevant times, FedEx Ground, Coldharbour, and West Coast imposed, approved of, participated in, encouraged, caused, ignored, fostered, or ratified the acts and omissions of Jabari.

Copy from re:SearchTX

## Causes of Action

**Negligence - Jabari**

21. Plaintiffs sue Defendants for negligence.  Jabari was negligent in one or more acts or omissions, each of which was a proximate cause of the respective occurrence and the injuries and damages suffered by Plaintiffs for which they sue herein.

22. Jabari caused the occurrence and Plaintiffs' injuries and damages, by violating the following sections of the Texas Transportation Code: Sec. 545.101 and Sec. 545.103.

## Negligence Per Se

23. All allegations herein are incorporated by reference.

24. Pleading further, Plaintiffs sue Defendants for negligence *per se*.  Defendants were negligent in one or more of the acts or omissions listed above in section 15, each of which was a proximate cause of the occurrence in question and the injuries and damages suffered by Plaintiffs for which they sue herein.  Each statute or ordinance stated above was designed to prevent injuries to a class of persons to which Plaintiffs belong.

## Actual Damages

25. Defendants are liable to Plaintiffs for all remedies allowed at law, general and special, both suffered in the past and, in all reasonable probability, to be suffered in the future, including the following:

    a.   Physical pain and mental anguish;

    b.   Physical impairment;

    c.   Lost wages and loss of earning capacity;

    d.   Medical and health care expenses.

Copy from re:SearchTX

**Conditions Precedent**

26. All conditions precedent have been performed or have occurred.

**Interest**

27. Plaintiffs seek pre-judgment interest and post-judgment interest in the maximum amounts allowed by law.

**U.S. Life Tables**

28. Notice is hereby given that Plaintiffs intend to use the U.S. Life Tables as prepared by the United States Department of Health and Human Services.

**Request for Disclosures**

29. **Pursuant to Rule 194, Texas Rules of Civil Procedure, Plaintiffs request that Defendants disclose, within the time required by the Texas Rules of Civil Procedure, the information and material described in Rule 194.2 (a) through (*l*).** This request for Rule 194 disclosures is continuing in nature, regardless of whether or not this request is restated subsequently in any amended pleadings. Defendants are under an ongoing duty to amend or supplement disclosures as required by Rule 193.5, Texas Rules of Civil Procedure.

**Rule 193.7 Notice**

30. Pursuant to Tex. R. Civ. P. 193.3 (d) and 193.7, Plaintiffs intend to use all documents exchanged and produced between the parties including but not limited to, correspondence, disclosures, and discovery responses, during the trial in this cause.

**Prayer**

31. WHEREFORE, Plaintiffs respectfully pray that upon appearance herein of Defendants and on final trial, Plaintiffs have judgment in their favor and against Defendants, for all relief, general and special, legal and equitable, that Justice may warrant, including, as applicable, actual

Copy from re:SearchTX

damages, declaratory relief, attorney fees, prejudgment interest, post-judgment interest, and court costs.

Respectfully Submitted,

By: _____
      Teresa Christian
      SBN: 24052879
      TERESA CHRISTIAN LAW
      6507 Jester Blvd, Bldg. 5 / Ste. 510-K
      Austin, Texas 78750
      Tel: (512) 806-0784
      Fax: (512) 806-0785
      teresachristianlaw@outlook.com

## CERTIFICATE OF SERVICE

I certify that this document is being served on all counsel of record in accordance with the Texas Rules of Civil Procedure on January 31, 2023.

_____
Teresa Christian

Copy from re:SearchTX

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back        Location : All Courts   Help

# Register of Actions
## Case No. 23-0045-C26

| | | | | |
|---|---|---|---|---|
| Madaniiyah Rashid Individually and a/n/f of A.R a minor and Donald Phillips vs. FedEx Corporation, Coldharbour Logistice, LLC, West Regional Couriers, Inc and Khalil Ahmad Jabari | § § § § § | | Case Type: | **Damage - Motor Vehicle** |
| | | | Date Filed: | **01/09/2023** |
| | | | Location: | |

---

### Party Information

| | | Lead Attorneys |
|---|---|---|
| Defendant | **Coldharbour Logistics,, LLC** | |
| Defendant | **Jabari, Khalil Ahmad** | |
| Defendant | **West Regional Couriers, Inc.** | |
| Minor Child | **\*\*Confidential\*\*** | |
| | 0' 0", 0 lbs | |
| Plaintiff | **Phillips, Donald** | **Teresa Marie Christian** |
| | | *Retained* |
| | | 512-806-0784(W) |
| Plaintiff | **Rashid, Madaniiyah** | **Teresa Marie Christian** |
| | | *Retained* |
| | | 512-806-0784(W) |

---

### Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 01/09/2023 | **Original Petition (OCA)** | | |
| 01/13/2023 | **Request for Issuance** | | |
| 01/19/2023 | **Citation** | | |
| | Jabari, Khalil Ahmad | Served | 02/17/2023 |
| | | Returned | 03/01/2023 |
| | FedEx Corporation | Served | 01/23/2023 |
| | | Returned | 01/25/2023 |
| | Coldharbour Logistics,, LLC | Served | 01/23/2023 |
| | | Returned | 01/26/2023 |
| | West Regional Couriers, Inc. | Unserved | |
| 01/25/2023 | **Return of Service** | | |
| 01/26/2023 | **Return of Service** | | |
| 01/31/2023 | **Notice of Partial Nonsuit** | | |
| 01/31/2023 | **First Amended** | | |
| 03/01/2023 | **Return of Service** | | |
| 03/06/2023 | **Defendant's Original Answer** | | |
| 03/06/2023 | **Jury Demand** | | |

EXHIBIT B

Lisa David, District Clerk
Williamson County, Texas
Michele Darlene Rodriguez

23-0045-C26

Cause № _____

| | | |
|---|---|---|
| MADANIIYAH RASHID, Individually and | § | In the DISTRICT COURT |
| a/n/f of AMINA RASHID, a Minor, and | § | |
| DONALD PHILLIPS | § | |
|     *Plaintiffs* | § | |
| | § | |
| vs. | § | of WILLIAMSON COUNTY, TEXAS |
| | § | |
| FEDEX CORPORATION, COLDHARBOUR | § | |
| LOGISTICS, LLC, WEST REGIONAL | § | Williamson County - 26th Judicial District Court |
| COURIERS, INC., and KHALIL AHMAD | § | |
| JABARI, | § | |
|     *Defendants* | § | ____ JUDICIALDISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs, Madaniiyah Rashid, Individually and a/n/f of Amina Rashid, a Minor, and

Donald Phillips, file this original petition, and upon information and belief allege and complain of

FedEx Corporation, Coldharbour Logistics, LLC, West Regional Couriers, Inc., and Khalil Ahmad

Jabari, Defendants.

### Discovery Control Plan

1.  Discovery is intended to be conducted "by order" under Rule 190.2, Texas Rules of

Civil Procedure (Level 3).

### Parties & Service of Process

2.  **Plaintiffs** reside in Williamson County, Texas.  The last three digits of M. Rashid's

social security number are 426.  The last three digits of Phillips' social security number are 078.

3.  **FedEx Corporation (FedEx)** is a corporation doing business in Texas, which may be

served through its registered agent for service of process, CT Corporation, 1999 Bryan St., Ste.

900, Dallas, TX 75201. <u>Service is requested by private process as authorized by the Court.</u>

4.  **Coldharbour Logistics, LLC (Coldharbour)** is a corporation doing business in Texas, which may be served through its registered agent for service of process, All Day $49 Montana Registered Agent, LLC, 1001 S. Main St., Ste. 49, Kalispell, MT 59901.  Service is requested by private process as authorized by the Court.

5.  **West Regional Couriers, Inc. (West Regional)** is a corporation doing business in Texas, which may be served through its registered agent for service of process, Cassandra Heitm, 33 Lippard Ave., San Francisco, CA 94131.  Service is requested by private process as authorized by the Court.

6.  **Khalil Ahmad Jabari**, an individual and citizen of the State of Texas, may be served with process in person at their last known address, 15835 Foothill Farms #2214, Pflugerville, TX 78660. Service is requested by private process as authorized by the Court.

## Misnomer, Alter-Ego

7.  In the event any parties are misnamed or not included herein, such event was a "misnomer," or such parties are or were "alter-egos" of parties named herein.  Pursuant to Rule 28 of the Texas Rules of Civil Procedure, Plaintiff hereby gives Defendants notice that they are being sued in all of their business or common names regardless of whether such businesses are partnerships, unincorporated associations, individuals, entities and private corporations.

## Jurisdiction

8.  All relief sought herein is within the jurisdiction of this Court.

9.  Pursuant to Rule 47, Texas Rules of Civil Procedure, Plaintiffs are required to disclose the amounts of damages she seeks.  Because Plaintiffs are required to disclose this amount, Plaintiffs state that they seek monetary relief from Defendants over $1,000,000.00.  Plaintiffs reserve the right to amend this amount.

10. Venue is mandatory or proper in Williamson County, Texas under the following facts: All or a substantial part of the events or omissions giving rise to this claim occurred in Williamson County, Texas, and Defendant Jabari resides in Williamson County.

### Facts

11. On November 8, 2022 at about 10:00 PM, Plaintiff Rashid was driving with her boyfriend and daughter on the SH 130 frontage road through the intersection of Pflugerville Parkway in Pflugerville, Texas.  Plaintiff Phillips was the front seat passenger, and the minor Plaintiff was the right backseat passenger (in her car seat).  At the time of the wreck, Plaintiff Rashid was using the lane marked for going straight or turning left onto Pflugerville Parkway. Defendant Jabari was in the lane to the right of Rashid.  Jabari's lane was marked to go straight only.  Rashid proceeded straight, and Jabari turned left from his lane (intending to get onto the SH 130 frontage road).  Jabari's negligence caused a major crash with Rashid's vehicle, causing it to spin and nearly land in a ditch.

12. Jabari was wearing a FedEx uniform at the time of the crash and said at the scene that he was worried he would lose his job.  He had another person in his truck, also wearing a FedEx uniform.  Plaintiffs understood that Jabari was in the process of delivering for FedEx.

13. The vehicle driven by Jabari was registered to Defendant Coldharbour Logistics, LLC.

14. Jabari provided a falsified commercial certificate of liability insurance for West Regional Couriers, Inc. to his personal insurance company, and that certificate was shared with Plaintiffs' attorney.

15. As a result of the collision and the negligence of Defendants, Plaintiffs suffered injuries that required medical treatment, and may be permanent, and damages, which are listed below.

**Scope of Action**

16. For each cause of action and remedy pleaded, all allegations herein are incorporated by reference.

**Agency, Respondeat Superior**

17. Whenever it is alleged that FedEx, Coldharbour, or West Coast did an act or thing, or omitted to do an act or thing, it is meant that they committed such act or omission either directly or by and through agents, servants, employees, managers, administrators, officers, or representatives.

18. Whenever it is alleged herein that an employee, agent, delegate, servant, manager, administrator, officer, or representative of a principal did an act or thing, or omitted to do an act or thing, it is meant that such conduct was performed in the course and scope of the applicable agency, employment, or representation of the principal.

19. At all relevant times, including the time of the occurrence, Jabari was an agent or employee of FedEx, Coldharbour, and/or West Coast and acted within the course and scope of his employment or agency.  At all relevant times, FedEx, Coldharbour, and West Coast imposed, approved of, participated in, encouraged, caused, ignored, fostered, or ratified the acts and omissions of Jabari.

**Causes of Action**

**Negligence - Jabari**

20. Plaintiffs sue Defendants for negligence.  Jabari was negligent in one or more acts or omissions, each of which was a proximate cause of the respective occurrence and the injuries and damages suffered by Plaintiffs for which they sue herein.

21. Jabari caused the occurrence and Plaintiffs' injuries and damages, by violating the following sections of the Texas Transportation Code: Sec. 545.101 and Sec. 545.103.

## Negligence Per Se

22. All allegations herein are incorporated by reference.

23. Pleading further, Plaintiffs sue Defendants for negligence *per se*.  Defendants were negligent in one or more of the acts or omissions listed above in section 15, each of which was a proximate cause of the occurrence in question and the injuries and damages suffered by Plaintiffs for which they sue herein.  Each statute or ordinance stated above was designed to prevent injuries to a class of persons to which Plaintiffs belong.

## Actual Damages

24. Defendants are liable to Plaintiffs for all remedies allowed at law, general and special, both suffered in the past and, in all reasonable probability, to be suffered in the future, including the following:

    a.   Physical pain and mental anguish;

    b.   Physical impairment;

    c.   Lost wages and loss of earning capacity;

    d.   Medical and health care expenses.

## Conditions Precedent

25. All conditions precedent have been performed or have occurred.

## Interest

26. Plaintiffs seek pre-judgment interest and post-judgment interest in the maximum amounts allowed by law.

**U.S. Life Tables**

27. Notice is hereby given that Plaintiffs intend to use the U.S. Life Tables as prepared by the United States Department of Health and Human Services.

**Request for Disclosures**

28. **Pursuant to Rule 194, Texas Rules of Civil Procedure, Plaintiffs request that Defendants disclose, within the time required by the Texas Rules of Civil Procedure, the information and material described in Rule 194.2 (a) through (*l*).** This request for Rule 194 disclosures is continuing in nature, regardless of whether or not this request is restated subsequently in any amended pleadings. Defendants are under an ongoing duty to amend or supplement disclosures as required by Rule 193.5, Texas Rules of Civil Procedure.

**Rule 193.7 Notice**

29. Pursuant to Tex. R. Civ. P. 193.3 (d) and 193.7, Plaintiffs intend to use all documents exchanged and produced between the parties including but not limited to, correspondence, disclosures, and discovery responses, during the trial in this cause.

**Prayer**

30. WHEREFORE, Plaintiffs respectfully pray that upon appearance herein of Defendants and on final trial, Plaintiffs have judgment in their favor and against Defendants, for all relief, general and special, legal and equitable, that Justice may warrant, including, as applicable, actual damages, declaratory relief, attorney fees, prejudgment interest, post-judgment interest, and court costs.

Respectfully Submitted,

By: _____
        Teresa Christian
        SBN: 24052879
        TERESA CHRISTIAN LAW
        6507 Jester Blvd, Bldg. 5 / Ste. 510-K
        Austin, Texas 78750
        Tel: (512) 806-0784
        Fax: (512) 806-0785
        teresachristianlaw@outlook.com

# TERESA CHRISTIAN LAW
6507 Jester Blvd. Bldg. 5 Ste. 510-K
Phone 512-806-0784; Fax 512-806-0785
teresachristianlaw@outlook.com

January 9, 2023

Williamson County District Clerk
Via E-file

Re:     *Madaniiyah Rashid, et al v. FedEx Corp, et al*

To Whom It May Concern:

Please issue citations as follows for the above-referenced case:

1.  **FedEx Corporation (FedEx)** may be served through its registered agent for service of process, CT Corporation, 1999 Bryan St., Ste. 900, Dallas, TX 75201. Service is requested by private process as authorized by the Court.

2.  **Coldharbour Logistics, LLC (Coldharbour)** may be served through its registered agent for service of process, All Day $49 Montana Registered Agent, LLC, 1001 S. Main St., Ste. 49, Kalispell, MT 59901. Service is requested by private process as authorized by the Court.

3.  **West Regional Couriers, Inc. (West Regional)** may be served through its registered agent for service of process, Cassandra Heitm, 33 Lippard Ave., San Francisco, CA 94131. Service is requested by private process as authorized by the Court.

4.  **Khalil Ahmad Jabari**, an individual and citizen of the State of Texas, may be served with process in person at their last known address, 15835 Foothill Farms #2214, Pflugerville, TX 78660. Service is requested by private process as authorized by the Court.

Please forward citations to me by e-mail. Thank you for your assistance.

Envelope# 71806915

Copy from re:SearchTX

Sincerely,

Teresa Christian

Copy from re:SearchTX

1/19/2023 9:14 AM
Lisa David, District Clerk
Williamson County, Texas
Dolores Donaldson

**C I T A T I O N**
**THE STATE OF TEXAS, COUNTY OF WILLIAMSON**
**N O.   2 3 - 0 0 4 5 - C 2 6**

MADANIIYAH RASHID INDIVIDUALLY AND A/N/F OF A.R A MINOR AND DONALD PHILLIPS VS. FEDEX CORPORATION, COLDHARBOUR LOGISTICE, LLC, WEST REGIONAL COURIERS, INC AND KHALIL AHMAD JABARI

TO:    FedEx Corporation
        Registered Agent CT Corporation
        1999 Bryan Street
        Ste 900
        Dallas TX 75201

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org

Attached is a copy of the PLAINTIFFS' ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 9th day of January, 2023 in the 26th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 19th day of January, 2023.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Teresa Marie Christian
6507 Jester Blvd Bldg 5 / Ste 510-K
Austin TX 78750

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212



BY:    *Amelia Weaver*
        Amelia Weaver, Deputy

**RETURN OF SERVICE**

Came to hand on the _____ day of _____ ,20___ ,at _____ o'clock __M. and executed at _____ , within the County of _____ , Texas, at _____ o'clock __M. on the _____ day of _____ , 20_____ , by delivering to the within named _____ , in person a true copy of this citation, with a true and correct copy of the PLAINTIFFS' ORIGINAL PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.

* *NOT EXECUTED*, the diligence used to execute being (*show manner of delivery*) _____
_____ ; for the following reason _____ ,
the defendant may be found at _____ .
*Strike if not applicable.*

**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY**_____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE    BY: _____ DEPUTY

**FEE FOR SERVICE OF CITATION : $**_____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*

My name is _____ , my date of birth is _____ , and my address is
        Please print.    (First, Middle, Last)
_____ (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____ , on the _____ day of _____ , 20_____ .

_____                         _____
Declarant/Authorized Process Server          ID # & expiration of certification

SERVICE RETURN ATTACHED

Envelope# 72119924

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

Copy from re:SearchTX

## AFFIDAVIT OF SERVICE

State of Texas                    County of Williamson                    26th Judicial District Court

Case Number: 23-0045-C26

Plaintiff:
**Madaniiyah Rashid, Individually and a/n/f of Amina Rashid, a Minor, and Donald Phillips**

vs.

Defendant:
**Fedex Corporation, Coldharbour Logistics, LLC, West Regional Couriers, Inc., and Khalil Ahmad Jabari**

For:
Teresa Christian Law
6507 Jester Blvd.
Building 5, Suite 510-K
Austin, TX 78750

Received by Anthony Collins on the 20th day of January, 2023 at 10:42 am to be served on **FedEx Corporation by serving its Registered Agent, CT Corporation, 1999 Bryan Street, Ste 900, Dallas, Dallas County, TX 75201.**

I, Anthony Collins, being duly sworn, depose and say that on the **23rd day of January, 2023 at 2:55 pm, I:**

Executed service by hand delivering a true copy of the **Citation and Plaintiff's Original Petition** to: **George Martinez** , an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.**, who is authorized to accept service of process for **FedEx Corporation** , at the address of: **1999 Bryan Street, Ste 900, Dallas, Dallas County, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Anthony Collins
PSC-357 Expires 12/31/2023

Subscribed and Sworn to before me on the 24th day of January, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2023000600
Ref: Rashid et al. v. Fedex et al.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m



Filed 1/26/2023 9:56 AM
Lisa David, District Clerk
Williamson County, Texas
Dolores Donaldson

**C I T A T I O N**
**THE STATE OF TEXAS, COUNTY OF WILLIAMSON**
**N O .   2 3 - 0 0 4 5 - C 2 6**

**MADANIIYAH RASHID INDIVIDUALLY AND A/N/F OF A.R A MINOR AND DONALD PHILLIPS VS. FEDEX CORPORATION, COLDHARBOUR LOGISTICE, LLC, WEST REGIONAL COURIERS, INC AND KHALIL AHMAD JABARI**

TO:    Coldharbour Logistics, LLC
       Registered Agent All Day $49 Montana Registered Agent LLC
       1001 S Main Street
       Ste 49
       Kalispell MT  59901

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org

Attached is a copy of the PLAINTIFFS' ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 9th day of January, 2023 in the 26th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 19th day of January, 2023.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Teresa Marie Christian
6507 Jester Blvd Bldg 5 / Ste 510-K
Austin TX  78750

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212



BY:  *Amelia Weaver*

Amelia Weaver, Deputy

**RETURN OF SERVICE**

Came to hand on the _____ day of _____,20___ ,at _____ o'clock __M. and executed at _____, within the County of _____, Texas, at _____ o'clock __M. on the _____day of _____, 20____, by delivering to the within named _____, in person a true copy of this citation, with a true and correct copy of the PLAINTIFFS' ORIGINAL PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.
* *NOT EXECUTED*, the diligence used to execute being *(show manner of delivery)* _____
_____; for the following reason _____,
the defendant may be found at _____.
*Strike if not applicable.*

**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY**_____ COUNTY, TEXAS

_____ SHERIFF/CONSTABLE    BY: _____ DEPUTY

**FEE FOR SERVICE OF CITATION : $**_____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*
My name is _____, my date of birth is _____, and my address is
      Please print.   (First, Middle, Last)
_____ (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____, 20_____.

_____ Declarant/Authorized Process Server          ID # & expiration of certification

SERVICE RETURN ATTACHED
Envelope# 72163198

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

Copy from re:SearchTX

## DECLARATION OF SERVICE

| Case:<br>23-0045-C26 | Court:<br>State of Texas | County:<br>Williamson | Job:<br>8260249 (20230000603) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Madaniiyah Rashid, Individually and a/n/f of Amina Rashid, a Minor and Donald Phillips | | **Defendant / Respondent:**<br>Fedex Corporation, Coldharbour Logistics, LLC, West Regional Couriers, Inc., and Khali Ahmad Jabari | |
| | | **For:**<br>Austin Process | |
| **To be served upon:**<br>Coldharbour Logistics, LLC c/o RA All Day $49 Registered Agent LLC | | | |

I, Daniel Hince , state that: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that the foregoing is true and correct. Declaration signed in Kalispell, MT.

**Recipient Name / Address:**    Coldharbour Logistics, LLC c/o RA All Day $49 Registered Agent LLC , Company: 1001 S Main St Ste 49, Kalispell, MT 59901

**Manner of Service:**    Personal/Individual, Jan 23, 2023, 4:43 pm MST

**Documents:**    Citation and Plaintiff's Original Petition

**Additional Comments:**
1) Successful Attempt: Jan 23, 2023, 4:43 pm MST at Company: 1001 S Main St Ste 49, Kalispell, MT 59901 received by Coldharbour Logistics, LLC c/o RA All Day $49 Registered Agent LLC .
Patty Prescott, Legal Assistant for All Day $49 Registered Agent LLC accepted papers.

_____    01/24/2023

Daniel Hince    **Date**
41679

CAUSE № 23-0045-C26

| | | |
|---|---|---|
| MADANIIYAH RASHID, Individually and a/n/f of AMINA RASHID, a Minor, and DONALD PHILLIPS | § § § | In the DISTRICT COURT |
| *Plaintiffs* | § § | |
| vs. | § § | of WILLIAMSON COUNTY, TEXAS |
| FEDEX GROUND PACKAGE SYSTEM, INC.COLDHARBOUR LOGISTICS, LLC, WEST REGIONAL COURIERS, INC., and KHALIL AHMAD JABARI, | § § § § § § | |
| *Defendants* | § | 26th JUDICIALDISTRICT |

### PLAINTIFFS' FIRST AMENDED PETITION

Plaintiffs, Madaniiyah Rashid, Individually and a/n/f of Amina Rashid, a Minor, and Donald Phillips, file this first amended petition, and upon information and belief allege and complain of FedEx Ground Package System, Inc., Coldharbour Logistics, LLC, West Regional Couriers, Inc., and Khalil Ahmad Jabari, Defendants.

### Discovery Control Plan

1.  Discovery is intended to be conducted "by order" under Rule 190.2, Texas Rules of Civil Procedure (Level 3).

### Parties & Service of Process

2.  **Plaintiffs** reside in Williamson County, Texas. The last three digits of M. Rashid's social security number are 426. The last three digits of Phillips' social security number are 078.

3.  **FedEx Corporation (FedEx)** has been nonsuited.

4.  **FedEx Ground Package System, Inc. (FedEx Ground)** is a corporation doing business in Texas, which is being served through its attorney, John Brooks, Hartline Barger, LLP, 1980 Post Oak Blvd., Suite 1800, Houston, TX 77056.

Envelope# 72325258

5.  **Coldharbour Logistics, LLC (Coldharbour)** is a corporation doing business in Texas, which has been served through its registered agent for service of process, All Day $49 Montana Registered Agent, LLC, 1001 S. Main St., Ste. 49, Kalispell, MT 59901.

6.  **West Regional Couriers, Inc. (West Regional)** is a corporation doing business in Texas, which may be served through its registered agent for service of process, Cassandra Heitm, 33 Lippard Ave., San Francisco, CA 94131.

7.  **Khalil Ahmad Jabari**, an individual and citizen of the State of Texas, may be served with process in person at their last known address, 15835 Foothill Farms #2214, Pflugerville, TX 78660.

## Misnomer, Alter-Ego

8.  In the event any parties are misnamed or not included herein, such event was a "misnomer," or such parties are or were "alter-egos" of parties named herein.  Pursuant to Rule 28 of the Texas Rules of Civil Procedure, Plaintiff hereby gives Defendants notice that they are being sued in all of their business or common names regardless of whether such businesses are partnerships, unincorporated associations, individuals, entities and private corporations.

## Jurisdiction

9.  All relief sought herein is within the jurisdiction of this Court.

10. Pursuant to Rule 47, Texas Rules of Civil Procedure, Plaintiffs are required to disclose the amounts of damages she seeks.  Because Plaintiffs are required to disclose this amount, Plaintiffs state that they seek monetary relief from Defendants over $1,000,000.00.  Plaintiffs reserve the right to amend this amount.

11. Venue is mandatory or proper in Williamson County, Texas under the following facts: All or a substantial part of the events or omissions giving rise to this claim occurred in Williamson County, Texas, and Defendant Jabari resides in Williamson County.

**Facts**

12. On November 8, 2022 at about 10:00 PM, Plaintiff Rashid was driving with her boyfriend and daughter on the SH 130 frontage road through the intersection of Pflugerville Parkway in Pflugerville, Texas.  Plaintiff Phillips was the front seat passenger, and the minor Plaintiff was the right backseat passenger (in her car seat).  At the time of the wreck, Plaintiff Rashid was using the lane marked for going straight or turning left onto Pflugerville Parkway. Defendant Jabari was in the lane to the right of Rashid.  Jabari's lane was marked to go straight only.  Rashid proceeded straight, and Jabari turned left from his lane (intending to get onto the SH 130 frontage road).  Jabari's negligence caused a major crash with Rashid's vehicle, causing it to spin and nearly land in a ditch.

13. Jabari was wearing a FedEx uniform at the time of the crash and said at the scene that he was worried he would lose his job.  He had another person in his truck, also wearing a FedEx uniform.  Plaintiffs understood that Jabari was in the process of delivering for FedEx.

14. The vehicle driven by Jabari was registered to Defendant Coldharbour Logistics, LLC.

15. Jabari provided a falsified commercial certificate of liability insurance for West Regional Couriers, Inc. to his personal insurance company, and that certificate was shared with Plaintiffs' attorney.  Julius Python, purporting to be acting on behalf of West Regional Couriers has claimed that Plaintiff was working for West Regional Courtiers at the time of the crash made the basis of this lawsuit and has provided through Jabari's personal insurance company new insurance information for West Regional Couriers.

16. As a result of the collision and the negligence of Defendants, Plaintiffs suffered injuries that required medical treatment, and may be permanent, and damages, which are listed below.

## Scope of Action

17. For each cause of action and remedy pleaded, all allegations herein are incorporated by reference.

## Agency, Respondeat Superior

18. Whenever it is alleged that FedEx Ground, Coldharbour, or West Coast did an act or thing, or omitted to do an act or thing, it is meant that they committed such act or omission either directly or by and through agents, servants, employees, managers, administrators, officers, or representatives.

19. Whenever it is alleged herein that an employee, agent, delegate, servant, manager, administrator, officer, or representative of a principal did an act or thing, or omitted to do an act or thing, it is meant that such conduct was performed in the course and scope of the applicable agency, employment, or representation of the principal.

20. At all relevant times, including the time of the occurrence, Jabari was an agent or employee of FedEx Ground, Coldharbour, and/or West Coast and acted within the course and scope of his employment or agency.  At all relevant times, FedEx Ground, Coldharbour, and West Coast imposed, approved of, participated in, encouraged, caused, ignored, fostered, or ratified the acts and omissions of Jabari.

## Causes of Action

**Negligence - Jabari**

21. Plaintiffs sue Defendants for negligence.  Jabari was negligent in one or more acts or omissions, each of which was a proximate cause of the respective occurrence and the injuries and damages suffered by Plaintiffs for which they sue herein.

22. Jabari caused the occurrence and Plaintiffs' injuries and damages, by violating the following sections of the Texas Transportation Code: Sec. 545.101 and Sec. 545.103.

### Negligence Per Se

23. All allegations herein are incorporated by reference.

24. Pleading further, Plaintiffs sue Defendants for negligence *per se*.  Defendants were negligent in one or more of the acts or omissions listed above in section 15, each of which was a proximate cause of the occurrence in question and the injuries and damages suffered by Plaintiffs for which they sue herein.  Each statute or ordinance stated above was designed to prevent injuries to a class of persons to which Plaintiffs belong.

### Actual Damages

25. Defendants are liable to Plaintiffs for all remedies allowed at law, general and special, both suffered in the past and, in all reasonable probability, to be suffered in the future, including the following:

    a.    Physical pain and mental anguish;

    b.    Physical impairment;

    c.    Lost wages and loss of earning capacity;

    d.    Medical and health care expenses.

**Conditions Precedent**

26. All conditions precedent have been performed or have occurred.

**Interest**

27. Plaintiffs seek pre-judgment interest and post-judgment interest in the maximum amounts allowed by law.

**U.S. Life Tables**

28. Notice is hereby given that Plaintiffs intend to use the U.S. Life Tables as prepared by the United States Department of Health and Human Services.

**Request for Disclosures**

29. **Pursuant to Rule 194, Texas Rules of Civil Procedure, Plaintiffs request that Defendants disclose, within the time required by the Texas Rules of Civil Procedure, the information and material described in Rule 194.2 (a) through (*l*).** This request for Rule 194 disclosures is continuing in nature, regardless of whether or not this request is restated subsequently in any amended pleadings. Defendants are under an ongoing duty to amend or supplement disclosures as required by Rule 193.5, Texas Rules of Civil Procedure.

**Rule 193.7 Notice**

30. Pursuant to Tex. R. Civ. P. 193.3 (d) and 193.7, Plaintiffs intend to use all documents exchanged and produced between the parties including but not limited to, correspondence, disclosures, and discovery responses, during the trial in this cause.

**Prayer**

31. WHEREFORE, Plaintiffs respectfully pray that upon appearance herein of Defendants and on final trial, Plaintiffs have judgment in their favor and against Defendants, for all relief, general and special, legal and equitable, that Justice may warrant, including, as applicable, actual

damages, declaratory relief, attorney fees, prejudgment interest, post-judgment interest, and court costs.

Respectfully Submitted,

By: _____
         Teresa Christian
         SBN: 24052879
         TERESA CHRISTIAN LAW
         6507 Jester Blvd, Bldg. 5 / Ste. 510-K
         Austin, Texas 78750
         Tel: (512) 806-0784
         Fax: (512) 806-0785
         teresachristianlaw@outlook.com

### CERTIFICATE OF SERVICE

I certify that this document is being served on all counsel of record in accordance with the Texas Rules of Civil Procedure on January 31, 2023.

_____
Teresa Christian

Filed 3/5/2023 4:54 PM
Lisa David, District Clerk
Williamson County, Texas
Shannon Allen

CAUSE № 23-0045-C26

| | | |
|---|---|---|
| MADANIIYAH RASHID, Individually and | § | In the DISTRICT COURT |
| a/n/f of AMINA RASHID, a Minor, and | § | |
| DONALD PHILLIPS | § | |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | of WILLIAMSON COUNTY, TEXAS |
| | § | |
| FEDEX CORPORATION, COLDHARBOUR | § | |
| LOGISTICS, LLC, WEST REGIONAL | § | |
| COURIERS, INC., and KHALIL AHMAD | § | |
| JABARI, | § | |
| *Defendants* | § | 26th JUDICIALDISTRICT |

### NOTICE OF NONSUIT

TO THE HONORABLE COURT

Now comes Plaintiffs, Madaniiyah Rashid, Individually and a/n/f of Amina Rashid, and Donald Phillips and file this Notice of Nonsuit of Defendant, FedEx Corporation.

Respectfully Submitted,

By: _____
     Teresa Christian
     SBN: 24052879
     TERESA CHRISTIAN LAW
     6507 Jester Blvd, Bldg. 5 / Ste. 510-K
     Austin, Texas 78750
     Tel: (512) 806-0784
     Fax: (512) 806-0785
     teresachristianlaw@outlook.com

Copy from re:SearchTX

## CERTIFICATE OF SERVICE

I certify that this document is being served on all counsel of record in accordance with the

Texas Rules of Civil Procedure on January 31, 2023.

_____
Teresa Christian

**NONSUIT OF FED EX CORP**                                                                    Page 2

Copy from re:SearchTX

# CITATION

## THE STATE OF TEXAS, COUNTY OF WILLIAMSON
### NO. 23-0045-C26

MADANIIYAH RASHID INDIVIDUALLY AND A/N/F OF A.R A MINOR AND DONALD PHILLIPS VS. FEDEX CORPORATION, COLDHARBOUR LOGISTICE, LLC, WEST REGIONAL COURIERS, INC AND KHALIL AHMAD JABARI

TO:     Khalil Ahmad Jabari
        15835 Foothill Farms
        #2214
        Pflugerville TX  78660

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org

Attached is a copy of the PLAINTIFFS' ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 9th day of January, 2023 in the 26th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 19th day of January, 2023.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Teresa Marie Christian
6507 Jester Blvd Bldg 5 / Ste 510-K
Austin TX  78750

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212



BY:  *Amelia Weaver*
        Amelia Weaver, Deputy

---

### RETURN OF SERVICE

Came to hand on the ____ day of _____ ,20___ ,at _____ o'clock __M. and executed at _____, within the County of _____, Texas, at _____ o'clock __M. on the _____ day of _____ ,20___ by delivering to the within named _____, in person a true copy of this citation, with a true and correct copy of the PLAINTIFFS' ORIGINAL PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.
* *NOT EXECUTED*, the diligence used to execute being *(show manner of delivery)* _____
_____ ; for the following reason _____ ,
the defendant may be found at _____ .
*Strike if not applicable.*

**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY** _____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE    BY: _____ DEPUTY

**FEE FOR SERVICE OF CITATION : $** _____

```
COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
        In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.
My name is _____ , my date of birth is _____ , and my address is
        Please print.     (First, Middle, Last)
_____ .
                                                                                    (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____ , on the _____ day of _____ , 20_____ .

        Declarant/Authorized Process Server                          ID # & expiration of certification
```

Envelope# 73229774

Copy from re:SearchTX

## RETURN OF SERVICE

**State of Texas**                          **County of Williamson**                          **26th Judicial District Court**

Case Number: 23-0045-C26

Plaintiff:
**Madaniiyah Rashid, Individually and a/n/f of Amina Rashid, a Minor, and Donald Phillips**
vs.
Defendant:
**Fedex Corporation, Coldharbour Logistics, LLC, West Regional Couriers, Inc., and Khalil Ahmad Jabari**

For: Teresa Christian Law

Received by _Matthew Leonardo_ on the 15th day of February, 2023 at 4:25 pm to be served on **Khalil Ahmad Jabari, 300 Crescent Dr., Apt. 135, Vacaville, Solano County, CA 95688**. I, _Matthew Leonardo_, do hereby affirm that on the _17th_ day of _February_, 20~~23~~ at _1:15_ P.m., executed service by delivering a true copy of the **Citation and Plaintiff's Original Petition** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Delivered to _Khalil Ahmad Jabari_ at _300 Crescent Dr., Apt. 135 Vacaville, CA 95688_, _Solano_ County.

( ) NON SERVICE: For the reason detailed in the comments below.

Military Status: ( ) Yes  or  ( ) No   If yes, what branch? _____

Marital Status: ( ) Married  or  ( ) Single   Name of Spouse _____

**COMMENTS:**_____
_____
_____
_____

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

My name is _Matthew Leonardo_, my date of birth is _10/16/1986_ and my address is _901 H St. Suite 100A, Sacramento CA 95814_

I declare under penalty of perjury that the above is true and correct. Executed in, _Sacramento_ County, State of California, on the _31st_ day of _February_, 2023.

PROCESS SERVER # _2009-18_
EXP. DATE: _2/8/2025_
Appointed in accordance with State Statutes

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: 2023000599
Ref: Rashid et al. v. Fedex et al.

Copy from re:SearchTX

CAUSE NO. 23-0045-C26

| | | |
|---|---|---|
| MADANIIYAH RASHID, | § | IN THE DISTRICT COURT OF |
| Individually and a/n/f of AMINA | § | |
| RASHID, a Minor, and DONALD | § | |
| PHILLIPS, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | WILLIAMSON COUNTY, TEXAS |
| | § | |
| FEDEX GROUND PACKAGE | § | |
| SYSTEM, INC., | § | |
| COLDHARBOUR LOGISTICS, | § | |
| LLC, WEST REGIONAL | § | |
| COURIERS, INC., and KHALIL | § | |
| AHMAD JABARI | § | |
| Defendants. | § | 26TH JUDICIAL DISTRICT |

---

**Defendant FedEx Ground Package System, Inc.'s Original Answer, Jury Demand, and Request for Deposition**

---

To the Honorable Judge of This Court:

COMES NOW, Defendant FedEx Ground Package System, Inc. ("Defendant" or "FedEx Ground") and files this Original Answer in response to the allegations set forth in the *Plaintiffs' First Amended Petition* filed by Plaintiffs Madaniiyah Rashid, Individually and a/n/f of Amina Rashid, a Minor, and Donald Phillips (hereinafter "Plaintiffs"). Additionally, Defendant provides Plaintiffs with notice of evidentiary matters set forth herein. Accordingly, Defendant respectfully shows the Court the following:

**I.**
**General Denial**

1.      Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every allegation in the Original Petition. Defendant respectfully requests that the Court and Jury require Plaintiffs to prove their claims, charges, and allegations by preponderance of the evidence, clear and convincing evidence, and/or beyond a reasonable doubt, as required by

---

Copy from re:SearchTX

the laws, regulations, and statutes of Texas and the United States and the Constitutions of the State of Texas and the United States. Defendant reserves the right to amend this Answer after Defendant has an opportunity to more closely investigate Plaintiffs' allegations and claims, as is Defendant's right and privilege under the Texas Rules of Civil Procedure and the laws of the State of Texas.

## II.

### Verified Pleas

2.      FedEx Ground denies that Defendant Khalil Ahmad Jabari ("Mr. Jabari") was an employee of FedEx Ground. Mr. Jabari was employed by a service provider for FedEx Ground, SR Delivery Services, Inc., which provides services pursuant to an operating agreement. FedEx Ground further denies that Mr. Jabari was operating within the course and scope of his employment with SR Delivery Services, Inc. at the time of the accident. FedEx Ground further denies that it owned the vehicle that Mr. Jabari operated at the time of the incident made the basis of this suit. The vehicle in question was owned by Coldharbour Logistics, LLC and/or West Regional Courier, Inc, entities which are not authorized service providers for FedEx Ground.

## III.
### Affirmative Defenses

3.      By way of further answer, Defendant contends the Plaintiffs' "right" to recover medical expenses is limited by the provisions of Tex. Civ. Prac. & Rem. Code § 41.0105.  The amounts the Plaintiffs were allegedly "billed" for the medical treatment claimed to have been received by them for post-accident medical treatment is in excess of the amounts actually paid or incurred.  Thus, recovery of medical or health care expenses incurred by the Plaintiffs are limited to the amount actually paid or incurred by or on behalf of the Plaintiffs.

4.      By way of further answer, Defendant further pleads the affirmative defense set forth in Texas Civil Practice and Remedies Code § 18.091, requiring the Plaintiffs to prove their loss of

Copy from re:SearchTX

earnings and/or loss of earning capacity in the form that represents the net loss after reduction for income tax payments or unpaid tax liability on said loss of earnings claim pursuant to federal income tax law. See Tex. Civ. Prac. & Rem. Code § 18.091. Additionally, Defendant requests the Court to instruct the jury as to whether any recovery for compensatory damages sought by the Plaintiffs, if any, is subject to federal or state income taxes.

5.     By way of further answer, Defendant further states that if Plaintiffs are suffering from any mental condition or disability at the present time, or after the incident made the basis of this suit, that such condition or disability was solely caused by any accidents, injuries, diseases, or disorders which were preexisting or which arose subsequent to the time of the alleged incident made the basis of this suit, and are wholly unconnected with the incident made the basis of this suit, or that such conditions or disabilities were partially caused by such preexisting or subsequent accidents, injuries or disorders.

6.     By way of further answer, Defendant requests the Court and Jury to consider the relative damages and conduct of the parties and all tortfeasors and accord Defendant the full benefit of Tex. Civ. Prac. & Rem. Code Ann. Chapter 33, that includes but is not limited to proportionate responsibility and contribution.

7.     Pleading further, alternatively, and by way of affirmative defense, Defendant states that in the event that an adverse judgment would be rendered against them, Defendant respectfully requests all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law, including for all sums previously paid to Plaintiffs.

## IV
## Jury Demand

8.     Defendant hereby requests a trial by jury in this matter. A jury fee has been paid.

Copy from re:SearchTX

## V.
## Request for Deposition

9.      Defendant requests that Plaintiffs Madaniiyah Rashid and Donald Phillips provide

dates for availability of a deposition within 120 days of service of this answer.


## VI.
## Prayer

Wherefore, PREMISES CONSIDERED, Defendant prays that upon final hearing hereof,

Plaintiffs take nothing by way of their causes of action herein, that Defendant recovers their costs

herein expended, and for all such other and further relief, at law or in equity, to which Defendant

may show themselves justly entitled to receive.


                              Respectfully submitted,

                              HARTLINE BARGER LLP

                              */s/ John W. Brooks*
                              Peter C. Blomquist
                              State Bar No. 00794921
                              Pblomquist@hartlinebarger.com
                              Daniel R. Erwin
                              State Bar No. 24059724
                              derwin@hartlinebarger.com
                              John W. Brooks
                              State Bar No.  24125589
                              jbrooks@hartlinebarger.com
                              1980 Post Oak Blvd., Suite 1800
                              Houston, Texas 77056
                              Phone:  713-759-1990
                              Fax:  713-652-2419
                              ***Attorneys for Defendant***
                              ***FedEx Ground Package System, Inc.***

Copy from re:SearchTX

## Certificate of Service

On the 6th day of March 2023, I electronically submitted the foregoing document with the clerk of the District Court in Williamson County, Texas, using an Electronic Filing System Provider (EFSP). I hereby certify that I have served all counsel and/or pro se parties of record electronically and/or by another manner authorized by Texas Rule of Civil Procedure 21a:

Teresa Christian
TERESA CHRISTIAN LAW
State Bar No. 24052879
6507 Jester Blvd., Suite 510-K
Austin, Texas 78750
Tel: (512) 806-0784
Fax: (512) 806-0785
Email: teresachristianlaw@outlook.com
***Attorney for Plaintiffs***

*/s/ John W. Brooks*
John W. Brooks

Copy from re:SearchTX

---

**Verification**

---

THE STATE OF TEXAS     §
                              §
COUNTY OF HARRIS    §

      BEFORE ME, the undersigned Notary Public, on this day personally appeared John W. Brooks, who being duly sworn upon his oath deposed and said:

> "My name is John W. Brooks. I am over the age of eighteen years, have never been convicted of any criminal offense and am fully competent to enter into this Affidavit. I am one of the attorneys of record for FedEx Ground Package System, Inc., defendant in the above referenced lawsuit. I have read and have knowledge of the facts and circumstances set out in this Defendant's Original Answer, Section II, Verified Pleas and state that same are true and correct as to my personal knowledge and belief"

_____
John W. Brooks

      SUBSCRIBED AND SWORN TO BEFORE me on this 6th day of March, 2023, I certify which witness my hand and official seal of office.



JULIAN RODRIGUEZ
Notary Public, State of Texas
Notary ID#: 13372706-5
My Commission Expires 04-26-2026

_____
Notary Public in and for the
State of Texas

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Belinda Johnson on behalf of Peter Blomquist
Bar No. 794921
bjohnson@hartlinebarger.com
Envelope ID: 73421721
Status as of 3/8/2023 8:53 AM CST

Associated Case Party: Madaniiyah Rashid

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Teresa Christian | | teresachristianlaw@outlook.com | 3/7/2023 1:47:43 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Peter Blomquist | | pblomquist@hartlinebarger.com | 3/7/2023 1:47:43 PM | SENT |
| John Brooks | | jbrooks@hartlinebarger.com | 3/7/2023 1:47:43 PM | SENT |
| Daniel Erwin | | derwin@hartlinebarger.com | 3/7/2023 1:47:43 PM | SENT |
| Noorhan Chahal | | nchahal@hartlinebarger.com | 3/7/2023 1:47:43 PM | SENT |
| Ginger Podojil | | gpodojil@hartlinebarger.com | 3/7/2023 1:47:43 PM | SENT |
| Belinda Johnson | | bjohnson@hartlinebarger.com | 3/7/2023 1:47:43 PM | SENT |

Copy from re:SearchTX